IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:04-cr-228-F |
| ) | |
| ALBERT FORD ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1)  The defendant's Objections (Doc. #47) to the Recommendation of the Magistrate Judge filed on July 18, 2005 are overruled;

(2) The Recommendation of the Magistrate Judge (Doc. #46) entered on July 5, 2005 is adopted;

(3)  The defendant's Motion to Suppress (Doc. #26) is DENIED.

DONE this 28th day of July, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE